STATE OF NEW JERSEY v. HENRY LEE BROWN.

September 28, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL MURPHY.

September 28, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM ORTEGA.

September 28, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. TYRONE PARKER.

September 28, 1982.

Petition for certification denied.

THERESA BUBIEN v. BOARD OF TRUSTEES, PUBLIC EMPLOYEES' RETIREMENT SYSTEM.

September 28, 1982.

Petition for certification denied.